NUMBER 13-04-518-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________

IN RE: RONALD DWAYNE WHITFIELD
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Garza
Memorandum Opinion Per Curiam

         Relator Ronald Dwayne Whitfield filed a petition for writ of mandamus in the
above cause on September 30, 2004. The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion that said petition
should be denied. The petition for writ of mandamus is hereby DENIED.
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this the 5th day of October, 2004.